NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MED TRENDS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant,*

AND

**MICROTECHNOLOGIES, LLC,**
*Defendant-Appellee.*

---

2011-5128, 2012-5014

---

Appeals from the United States Court of Federal Claims in case no. 11-CV-420, Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

MED Trends, Inc. moves to voluntarily dismiss appeal nos. 2011-5128 and 2012-5014 as moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss appeal nos. 2011-5128 and 2012-5014 is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(2) All other pending motions are moot.

FOR THE COURT

<u>    FEB 1 4 2012    </u>                              <u>/s/ Jan Horbaly    </u>
Date                                            Jan Horbaly
                                                Clerk

cc:  Cyrus E. Phillips, IV, Esq.
     Katherine S. Nucci, Esq.
     Nicholas Jabbour, Esq.

s21

Issued As A Mandate:  <u>  FEB 1 4 2012          </u>

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2012

JAN HORBALY
CLERK